**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
**Judge Christine M. Arguello**

Civil Action No. 11-cv-02292-CMA-KLM

UNITED STATES OF AMERICA,

    Plaintiff,

v.

JAMES D. WELCH,
AMRA WELCH, as nominee/alter ego of James D. Welch,
JAMES D. WELCH, as Executive Trustee of Celestial Pursuits Trust,
CIT GROUP/EQUIPMENT FINANCING, INC., and
COLORADO DEPARTMENT OF REVENUE,

    Defendants.

**ORDER GRANTING MOTION TO DISMISS REVENUE DEPARTMENT AS PARTY**

THIS MATTER comes before the Court upon the Colorado Department of Revenue's ("Revenue") November 14, 2011 Disclaimer and Motion to Dismiss Revenue as a Party (Doc. # 14), filed November 14, 2011.

The Court, having reviewed Revenue's Disclaimer and Motion to Dismiss Revenue as a Party, the file and relevant authority, is fully advised on the premises and finds that the Revenue has no stake in the outcome of which defendants receive the excess proceeds or in what amount and has no claim to any of the excess proceeds. It is, therefore,

ORDERED that The Colorado Department of Revenue's Disclaimer and Motion to Dismiss the Colorado Department of Revenue as a Party (Doc. # 14), filed November 14, 2011, is GRANTED. It is

FURTHER ORDERED that the Colorado Department of Revenue discharged from further liability and DISMISSED as party to this litigation, and that the caption on all subsequent filings shall reflect the removal of the Colorado Department of Revenue as a Defendant in this case.

DATED: November __16__, 2011.

BY THE COURT:

_____
CHRISTINE M. ARGUELLO
United States District Judge