**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello**

Civil Action No. 11-cv-02292-CMA-KLM

UNITED STATES OF AMERICA,

    Plaintiff,

v.

JAMES D. WELCH,
AMRA WELCH, as nominee/alter ego of James D. Welch,
JAMES D. WELCH, as Executive Trustee of Celestial Pursuits Trust, and
CIT GROUP/EQUIPMENT FINANCING, INC.,

    Defendants.

---

**ORDER GRANTING UNITED STATES' MOTION FOR DEFAULT JUDGMENT
AGAINST CIT GROUP/EQUIPMENT FINANCING, INC.**

---

The Court having reviewed the United States' motion for the entry of default judgment against Defendant CIT Group/Equipment Financing, Inc., and good cause having been shown, said motion is GRANTED.

It is hereby ORDERED that judgment shall be entered in favor of the United States and against CIT Group/Equipment Financing as to all counts of the United States' Complaint.

DATED: December __17__, 2012

                            BY THE COURT:

                            _____
                            CHRISTINE M. ARGUELLO
                            United States District Judge