IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello

Civil Action No. 11-cv-02292-CMA-KLM

UNITED STATES OF AMERICA,

    Plaintiff,

v.

JAMES D. WELCH,
AMRA WELCH, as nominee/alter ego of James D. Welch,
JAMES D. WELCH, as Executive Trustee of Celestial Pursuits Trust, and
CIT GROUP/EQUIPMENT FINANCING, INC.,

    Defendants.

## ORDER GRANTING UNITED STATES' MOTION FOR DEFAULT JUDGMENT AGAINST CELESTIAL PURSUITS TRUST, JIM D. WELCH, EXECUTIVE TRUSTEE

    The Court having reviewed the United States' motion for the entry of default judgment against Defendant Jim D. Welch, as Executive Trustee of Celestial Pursuits Trust, and good cause having been shown, said motion is GRANTED.

    It is hereby ORDERED that judgment shall be entered in favor of the United States and against Celestial Pursuits Trust, Jim D. Welch, Executive Trustee, as to all counts of the United States' Complaint.

    DATED:  December __17__, 2012

                                                    BY THE COURT:

                                                    _____
                                                    CHRISTINE M. ARGUELLO
                                                    United States District Judge