IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-02292-CMA-KLM

USA,

    Plaintiff,

v.

JAMES D. WELCH, individually and as Executive Trustee of Celestial Pursuits Trust,
AMRA WELCH, as nominee/alter ego of James D. Welch, and
CIT GROUP/EQUIPMENT FINANCING, INC.,

    Defendants.
_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on Plaintiff's **Unopposed Motion to Vacate Final Pretrial Conference** [Docket No. 98; Filed January 25, 2013] (the "Motion").

    IT IS HEREBY **ORDERED** that the Motion [#98] is **GRANTED**. The Final Pretrial Conference set for February 7, 2013 at 11:00 a.m. is **VACATED**. It shall be reset, if necessary, after resolution of the pending Motion for Summary Judgment [#63].

    Dated: January 29, 2013