**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello**

Civil Action No. 11-cv-02292-CMA-KLM

UNITED STATES OF AMERICA,

      Plaintiff,

v.

JAMES D. WELCH, and
AMRA WELCH, as nominee/alter ego of James D. Welch,

      Defendants.

---

**ORDER ADOPTING AND AFFIRMING JULY 25, 2013
RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE**

---

This case was referred to United States Magistrate Judge Kristen L. Mix pursuant to 28 U.S.C. § 636 and Fed. R. Civ. P. 72.  (Doc. # 2.)  On July 25, 2013, Judge Mix issued a Recommendation, advising the Court to grant the Government's Renewed Motion for Summary Judgment (Doc. # 103).  (Doc. # 110.)  The Recommendation stated that "the parties shall have fourteen (14) days after service of this Recommendation to serve and file any written objections in order to obtain reconsideration by the District Judge to whom this case is assigned."  (*Id.* at 19.) It further informed the parties that "failure to serve and file specific, written objections waives *de novo* review of the Recommendation by the District Judge."  (*Id.*)  Neither party has filed objections.

"In the absence of timely objection, the district court may review a magistrate's report under any standard it deems appropriate."  *Summers v. Utah*, 927 F.2d 1165, 1167 (10th Cir. 1991) (citing *Thomas v. Arn*, 474 U.S. 140, 150 (1985) (observing

that "[i]t does not appear that Congress intended to require district court review of a magistrate's factual or legal conclusions, under a *de novo* or any other standard, when neither party objects to those findings")).  Having reviewed the Recommendation, the Court discerns no clear error on the face of the record and finds that Judge Mix's reasoning is sound.

Accordingly, it is hereby ORDERED that the Recommendation of United States Magistrate Judge Kristen L. Mix (Doc. # 110) is ADOPTED and AFFIRMED as an Order of this Court.  Pursuant to the Recommendation, it is

FURTHER ORDERED that the Government's Renewed Motion for Summary Judgment (Doc. # 103) is GRANTED such that JUDGMENT WILL ENTER against Defendant Welch in the amount of $6,601,594.09 as of September 30, 2012, plus applicable statutory accruals (specifically, interest and statutory additions accrued but unassessed, as provided by 28 U.S.C. § 1961(c)(1) and 26 U.S.C. §§ 6601, 6621, 6651, 6654; 26 C.F.R. § 301.6621-1) from that date.  It is

FURTHER ORDERED that, BEFORE JUDGMENT IS ENTERED IN THIS CASE, the Government SHALL SUBMIT a calculation of the applicable statutory accruals in this case.

DATED:  August __15__, 2013

BY THE COURT:

_____
CHRISTINE M. ARGUELLO
United States District Judge